# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
michael.grinblatesq@gmail.com

June 1, 2023

Hon. Hector Gonzalez
225 Cadman Plaza East
Brooklyn, NY 11201

By ECF

Re: **LEONID TREYGER v. GIO WINE & SPIRITS CORP., GBA 526 LLC**
Case No.: 23-cv-2099-HG

Status Report Stating Plaintiff's Intention Regarding Moving for Default Judgment

Dear Judge Gonzalez:

    I represent Mr. Leonid Treyger (the "Plaintiff") in the above-referenced action. On May 25, 2023, the Court has issued the Order, in which Your Honor directed Plaintiff to file a letter, stating whether he intends to move for default judgment against Defendant GBA 526 LLC prior to the conclusion of Plaintiff's case against Defendant Gio Wine & Spirits Corp. Your Honor, Plaintiff does not intend to move for default judgment against Defendant GBA 526 LLC prior to the conclusion of his case against Defendant Gio Wine & Spirits Corp.

    I thank Your Honor for considering this matter.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.

CC: all counsel of record via ECF