# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LEONID TREYGER,** | **AFFIDAVIT** |
| Plaintiff, | |
| -against- | |
| **GIO WINE & SPIRITS CORP., GBA 526 LLC,** | **CASE NO.: 23-cv-2099-HG** |
| Defendants. | |

State of New York
County of Richmond) SS

Val Dobrova hereby duly swears under oath under penalty of perjury to the truth of the following:

1. I am a licensed general contractor in New York State. My license number is 2111912.
2. I have 15 years of construction experience.
3. I both reviewed and am relying upon the ramp dimensions specified in the architectural drawings of the architect, Marcia Esquenazi, for the building of a ramp leading to the entrance of the store Gio Liquors, 48-01 108th Street, Corona, NY 11368.
4. The completion of this project will take three business days and involve two workers.

1

5.  Construction of the ramp will cost $ _13,200.00_ .

Dated: December 4, 2023

_____
Val Dobrova

Tony's Masonry Group LLC (Lic. # 2111912)
308 Nelson Avenue
Staten Island, NY 10308
Tel: (718) 356-4437

Sworn to before me on this

4th day of December 2023

_____
Michael Grinblat
Notary Public, State of New York
No. 02GR6105730
Qualified in Queens
Commission Expires on 2/17/2024