# **EXHIBIT 10**

```
              GIO LIQUORS
          48-01 108TH STREET
           CORONA NY 11368
              718-760-2354
Terminal ID: *****365           ***3
5/20/21                      11:40 AM
CHASE VISA - TAP
AID: A0000000031010
ACCT #: **************3102
CREDIT SALE
UID: 114040208556    REF #: 4697
BATCH #: 105         AUTH #: 00074C
AMOUNT                         $8.00
            APPROVED

     ARQC - E4C289D0723700CC
            CUSTOMER COPY
```