

EXISTING EXTERIOR RAMP PARTIAL ELEVATION
SCALE: $\frac{1}{4}"=1'-10"$

EXISTING EXTERIOR RAMP PLAN PARTIAL PLAN
SCALE: $\frac{1}{4}"=1'-10"$



EXISTING EXTERIOR RAMP PARTIAL ELEVATION
SCALE: $\frac{1}{4}"=1'-10"$

EXISTING EXTERIOR RAMP PLAN PARTIAL PLAN
SCALE: $\frac{1}{4}"=1'-10"$



KEY PLAN/SITE PLAN:

REVISIONS:

ARCHITECT:
**MARCIA ESQUENAZI ARCHITECT. P.C**
780 WEST END AVENUE SUITS 5C, NEW YORK, N.Y. 10025

TEL.: (917) 821 1180    EMAIL:marciaesquenazi@gmail.com

PROJECT NAME:

48-01 108TH STREET
FLUSHING, NY 11368
GIO LIQUORS

SHEET TITLE:

EXISTING AND PROPOSED RAMP PLANS

OWNERSHIP STATEMENT:
THIS DOCUMENT IS THE EXCLUSIVE PROPERTY OF MARCIA ESQUENAZI ARCHITECT, P.C. THE DOCUMENT AND THE INFORMATION IT CONTAINS MAY NOT BE REPRODUCED OR USED FOR OTHER THAN THE SPECIFIC PROJECT FOR WHICH IT WAS PREPARED WITHOUT THE EXPLICIT CONSENT OF MARCIA ESQUENAZI ARCHITECT, P.C.

SEAL & SIGNATURE    DATE:
PROJECT NO.:
DRAWN BY:
CHK BY:
SCALE:
DWG. NO.: A-1

1 OF 1